**Todd M. Friedman (216752)**
**Darin Shaw (251037)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**dshaw@attorneysforconsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IAN ARNOLD,** | ) Case No. 2:11-cv-01955-GEB-GGH |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| **RECEIVABLES PERFORMANCE MANAGEMENT, LLC,** | ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 11th day of October, 2011.

By: s/Todd M. Friedman
 TODD M. FRIEDMAN
 Law Offices of Todd M. Friedman, P.C.
 Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 11th day of October, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Garland E. Burrell, Jr.
United States District Court
Eastern District of California

Notification sent via U.S. Mail to:

Andrew D. Shafer
SIMBURG KETTER SHEPPARD & PURDY, LLP
999 Third Avenue, Suite 2525
Seattle, Washington 98104

This 11th day of October, 2011.

s/Todd M. Friedman
Todd M. Friedman