Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IAN ARNOLD,** | ) Case No. 2:11-cv-01955-GEB-GGH |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| **RECEIVABLES PERFORMANCE MANAGEMENT, LLC,** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 17th day of November, 2011.

By:   s/Todd M. Friedman
     Todd M. Friedman, Esq.
     Law Offices of Todd M. Friedman, P.C.
     Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 17th day of November, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 17th day of November, 2011, via the ECF system to:

Honorable Garland E. Burrell, Jr.
United States District Court
Eastern District of California

Copy sent via mail on this 17th day of November, 2011, to:

Andrew D. Shafer
SIMBURG KETTER SHEPPARD & PURDY, LLP
999 Third Avenue, Suite 2525
Seattle, Washington 98104

By: s/Todd M. Friedman
      Todd M. Friedman